

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00485-CV

Brittany **HAYES**,
Appellant

v.

**GREYSTONE BRIDGE BARRINGTON LLC DBA GBB LA SILVA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-03869
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
           Lori I. Valenzuela, Justice
           Lori Massey Brissette, Justice

Delivered and Filed: November 5, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due September 8, 2025 and was not filed. On September 17, 2025, we ordered appellant to file, by September 29, 2025: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM